

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 1 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 11th day of August, 2015, the cause on appeal to reverse the judgment between

U.S. BANK, NATIONAL ASSOCIATION,
Appellant

No. 05-14-00903-CV     V.

MASSARRAT A. KHAN, ET AL.,
Appellees

On Appeal from the County Court at Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-14-02208-A.
Opinion delivered by Justice Schenck.
Justices Bridges and Lang participating.

was determined; and this Court made its order in these words:

     In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED** in part and **REVERSED** in part. We **REVERSE** that portion of the trial court's judgment as to Ahmad A. Khan and all other occupants. In all other respects, the trial court's judgment is **AFFIRMED**. We **RENDER** judgment in favor of U.S. Bank, National Association as to Ahmad A. Khan and all other occupant.

     It is **ORDERED** that appellant U.S. BANK, NATIONAL ASSOCIATION recover its costs of this appeal from appellees MASSARRAT A. KHAN, ET AL.

     **WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 7th day of August, 2015.



LISA MATZ, Clerk